## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARIO ENRIQUE SANTOS-DIAZ,       ) | |
|                         ) | |
|       Petitioner,           ) | |
|                         ) | |
| v.                            ) | Case No. CIV-26-00733-JD |
|                         ) | |
| ROBERT CERNA, et al.,        ) | |
|                         ) | |
|       Respondents.        ) | |

## ORDER

The Court takes judicial notice that Petitioner Mario Enrique Santos-Diaz has been granted voluntary departure and is no longer in custody. *See* EOIR Automated Case Information for Petitioner Mario Enrique Santos-Diaz, available at https://acis.eoir. justice.gov/en/caseInformation (last accessed May 6, 2026); ICE Online Detainee Locator System, available at https://locator.ice.gov/odls/#/search (last accessed May 6, 2026); *Winzler v. Toyota Motor Sales U.S.A., Inc.*, 681 F.3d 1208, 1213 (10th Cir. 2012) ("The contents of an administrative agency's publicly available files . . . traditionally qualify for judicial notice . . . ."). Absent confinement, there can be no wrong at which the writ may be directed. 28 U.S.C. § 2241(c)(3) (stating the writ of habeas corpus is available to those held "in custody in violation of the Constitution or laws or treaties of the United States"). This 28 U.S.C. § 2241 petition is thus moot.

For these reasons, the Court DISMISSES Petitioner Mario Enrique Santos-Diaz's habeas action without prejudice. A separate judgment will follow.

IT IS SO ORDERED this 6th day of May 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE