# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

MARIO ENRIQUE SANTOS-DIAZ,    )
      )
      Petitioner,    )
      )
v.    )    Case No. CIV-26-00733-JD
      )
ROBERT CERNA, et al.,    )
      )
      Respondents.    )

## JUDGMENT

Pursuant to the Court's order issued today, the Court dismisses without prejudice Petitioner's habeas action brought under 28 U.S.C. § 2241.

Entered this 6th day of May 2026.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE